IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01950-MEH

AMERICAN COBALT, LLC,

    Plaintiff,

v.

LEWIS RICE, LLC,
PAMELA E. BARKER,
ROBERT J. GOLTERMAN,
JOHN J. DIEHL, JR.,
STACY HASTIE,
MISSOURI COBALT, LLC,
ENVIRONMENTAL RISK TRANSFER, LLC, and
ENVIRONMENTAL OPERATIONS, INC.,

    Defendants.

---

## ORDER CLOSING CASE
---

Pursuant to Fed. R. Civ. P. 41(a)(2), the Motion for Leave to Dismiss [filed August 6, 2018; ECF No. 18] is **granted**. The matter is dismissed without prejudice, as requested, and all remaining deadlines and conference dates are hereby vacated. Each party will pay his, her, or its own attorney's fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 8th day of August, 2018.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge